PAUL C. HAYS, OSB #751531 (Lead Counsel)
paul@pchayslaw.com
Paul C. Hays Attorney
1 Lincoln Center, Suite 310
10300 SW Greenburg Road
Portland, OR 97223-5489
Phone: 971-330-5372
Fax: 503-598-4646

MICHAEL A. EVANS, MOB No. 58583
mevans@hrjlaw.com
Hartnett Reyes-Jones, LLC
4399 Laclede Avenue
St. Louis, MO 63108
Phone: 314-531-1054
Fax: 314-531-1131

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **REGIONAL LOCAL UNION NOS. 846 and 847, International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO**, and **REGIONAL DISTRICT COUNCIL WELFARE PLAN AND TRUST**, *f/k/a LOCAL 846 REBAR WELFARE TRUST*, By and Through Its Board of Trustees; and **REGIONAL DISTRICT COUNCIL RETIREMENT PLAN AND TRUST**, *f/k/a REBAR RETIREMENT PLAN AND TRUST*, By and Through Its Board of Trustees; and **REGIONAL DISTRICT COUNCIL TRAINING TRUST**, *f/k/a LOCAL 846 TRAINING TRUST*, By and Through its Board of Trustees; and **REGIONAL DISTRICT COUNCIL VACATION TRUST FUND**, *f/k/a LOCAL 846 VACATION TRUST*, By and Through Its Board of Trustees, Plaintiffs, | Civil Number: 3:19-cv-00479-AC<br><br>**DISMISSAL WITHOUT PREJUDICE** |

Page 1 - **DISMISSAL WITHOUT PREJUDICE**

v.

**COASTAL STEEL, Inc.,**

Defendant.

## ORDER

On May 21, 2019, plaintiffs moved to dismiss their lawsuit without prejudice.

WHEREFORE, IT IS ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED:

Date: May 22, 2019

_____
UNITED STATES MAGISTRATE JUDGE